AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Fidencio MORIN Jr. (YOB: 1992) USA<br><br>*Defendant(s)* | Case No. M-20-2667-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 30, 2020__ in the county of __Starr__ in the Southern District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846<br>21 USC 841 | Conspiracy to Possess with the Intent to Distribute and Possession with Intent to Distribute Marijuana, approximately 364.5 Kilograms, a schedule I controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I)

☑ Continued on the attached sheet.

*Complainant's signature*

Christopher Donahue, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/1/20 — 8:48 a.m.

City and state: McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

United States District Court
Southern District of Texas
FILED
DEC 01 2020
David J. Bradley, Clerk

# ATTACHMENT 1

1. On November 30, 2020, U.S. Border Patrol Agents (BPA), Texas DPS Troopers, and Texas Rangers established surveillance in an area known as the Los Puertos Boat Ramp near the Rio Grande River in La Casita, Texas which is an area known for northbound narcotics and southbound bulk currency smuggling activity.

2. At approximately 3:23 p.m., a Texas Ranger observed a white Ford F-150 pickup truck in the area of the Los Puertos Boat Ramp get loaded with suspected bundles of narcotics and depart the river area at a high rate of speed.

3. Shortly thereafter, a Texas Ranger observed the Ford F-150 drive behind a house in La Casita, Texas. A BPA and Texas Trooper subsequently drove to the property. The BPA observed the Ford F-150 parked adjacent to a shed behind the house. As the BPA attempted to make contact with the Ford F-150, a male subject, entered the Ford F-150, and then fled the property. Texas DPS attempted to conduct a vehicle stop of the Ford F-150 which failed to yield to agents.

4. Agents subsequently pursued the Ford F-150 as it travelled towards the Rio Grande River. After a short pursuit, the driver abandoned the Ford F-150 near the Rio Grande River and absconded to Mexico. Agents subsequently apprehended the driver and sole occupant of the Ford F-150 in the Rio Grande River. The driver was subsequently identified as Fidencio MORIN. During a search of the F-150 and surrounding area agents did not locate any narcotics or contraband leading agents to believe that MORIN unloaded the suspected narcotics in the shed where he was parked prior to fleeing from agents.

5. After the pursuit, a BPA made contact with the owner of the property where the Ford F-150 was parked prior to fleeing from agents. The property owner provided agents written and verbal consent to search the property. A search of the shed on the property resulted in the seizure of 17 bundles of suspected marijuana. The bundles were processed at the Border Patrol Station, weighed approximately 364.5 kilograms, and contained suspected marijuana.

6. In a post-arrest mirandized interview, MORIN stated that he participated in the narcotics smuggling event by picking up and then transporting the narcotics to the residence in La Casita, Texas. MORIN stated that he has participated in prior narcotics smuggling events. MORIN stated that he was going to be paid $3,000.00 for picking and transporting the narcotics.